PROB 12A
(7/93)

# United States District Court

for

District of New Jersey

Report on Offender Under Supervision

Name of Offender: Farakhan Love  Cr.: 17-00013-001
PACTS #: 3220823

Name of Sentencing Judicial Officer:  THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/19/2018

Original Offense:   Unlawful Transport of Firearms, 18 U.S.C.; 922 (g)(1)

Original Sentence: 57 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment

Type of Supervision: Supervised Release  Date Supervision Commenced: 07/14/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the Court.'** |
| | During a contact with Mr. Love at his residence on November 11, 2021, he submitted a urine sample which tested positive for the use of marijuana. |

Prob 12A – page 2
Farakhan Love

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to Mr. Love and will serve as an official written reprimand. Urine testing will increase, and any further drug use will result in a referral for substance abuse treatment. Any further noncompliance with be reported to Your Honor in a timely manner.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: KEVIN P. EGLI
Sr. U.S. Probation Officer

/ kpe

APPROVED:

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

Digitally signed by Luis R. Gonzalez
Date: 2022.01.10 15:40:41 -05'00'

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____1/11/22_____
Date